# United States District Court
# Western District of North Carolina
# Charlotte Division

| ALTONEE SMITH, | ) | JUDGMENT IN CASE |
| --- | --- | --- |
| Plaintiff, | ) | 3:20-cv-00471-MR |
| vs. | ) | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 26, 2021 Order of Remand.

October 26, 2021

Frank G. Johns, Clerk
United States District Court